DENNIS A. CAMMARANO/BAR NO. 123662
ASA W. MARKEL/BAR NO. 263029
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California  90802
Telephone:  (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Defendants,
SCHENKER, INC., and
BAX GLOBAL, INC.

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE PLC, a United Kingdom Public Limited Company; CNA INSURANCE CO LTD, a United Kingdom Limited Company; and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. PC0903196,<br><br>Plaintiff,<br><br>v.<br><br>BAX GLOBAL, INC., a corporation; SCHENKER, INC., a corporation; and DOES ONE through FIFTY,<br><br>Defendants. | Case No.: SACV10-01829 CJC (RNBx)<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BASED ON STIPULATION** |

Based on the stipulation between Plaintiffs, ROYAL & SUN ALLIANCE INSURANCE PLC, a United Kingdom Public Limited Company, CNA INSURANCE CO LTD, a United Kingdom Limited Company and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. PC0903196 and Defendants, BAX GLOBAL, INC. and SCHENKER, INC., via

//

//

//

their respective counsel of record, it is hereby Ordered that this action in its entirety is dismissed, with prejudice, and with each party to bear its own attorney's fees and costs incurred in prosecuting and defending the lawsuit.

Dated: October 18, 2011

_____
United States District Court Judge