DENNIS A. CAMMARANO/BAR NO. 123662
ASA W. MARKEL/BAR NO. 263029
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California  90802
Telephone:  (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Defendants,
SCHENKER, INC., and
BAX GLOBAL, INC.

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE PLC, a United Kingdom Public Limited Company; CNA INSURANCE CO LTD, a United Kingdom Limited Company; and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. PC0903196,<br><br>           Plaintiff,<br><br>v.<br><br>BAX GLOBAL, INC., a corporation; SCHENKER, INC., a corporation; and DOES ONE through FIFTY,<br><br>           Defendants.<br>_____ | Case No.: SACV10-01829 CJC (RNBx)<br><br>[~~Proposed~~] **ORDER OF DISMISSAL WITH PREJUDICE BASED ON STIPULATION** |

Based on the stipulation between Plaintiffs, ROYAL & SUN ALLIANCE INSURANCE PLC, a United Kingdom Public Limited Company, CNA INSURANCE CO LTD, a United Kingdom Limited Company and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. PC0903196 and Defendants, BAX GLOBAL, INC. and SCHENKER, INC., via

//

//

//

1 their respective counsel of record, it is hereby Ordered that this action in its
2 entirety is dismissed, with prejudice, and with each party to bear its own attorney's
3 fees and costs incurred in prosecuting and defending the lawsuit.

6  Dated: October 18, 2011

_____
United States District Court Judge